# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:04CR117

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| GERALD ALLEN BARNETT. ) | |

**THIS MATTER** is before the Court on the Defendant's motion to withdraw his election during the Rule 11 hearing to be bound by the United States Sentencing Guidelines.

There having been no response from the Government, the motion is granted.

**IT IS, THEREFORE ORDERED** that the Defendant's election to be bound by the United States Sentencing Guidelines is hereby **STRICKEN**. No revised presentence report is necessary since the Guideline are advisory.

**THIS** the 20th day of October, 2005.

LACY H. THORNBURG
UNITED STATE DISTRICT COURT JUDGE

FILED
ASHEVILLE, N.C.
OCT 20 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.